**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
Suzan Arden
sarden@chaitmanllp.com
Agatha M. Cole
acole@chaitmanllp.com
Gregory M. Dexter
gdexter@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

*Attorneys for Defendant IIG Trade Opportunities Fund N.V.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INTER-AMERICAN DEVELOPMENT BANK and OPEC FUND FOR INTERNATIONAL DEVELOPMENT<br><br>Plaintiffs,<br><br>v.<br><br>IIG TRADE OPPORTUNITIES FUND N.V.,<br><br>Defendant. | Civil Case No.: 1:160cv009782-PAE<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Helen Davis Chaitman, Esq. and Agatha M. Cole, Esq., attorneys of the firm Chaitman LLP, hereby appear in the above-captioned case as counsel for Defendant IIG TRADE OPPORTUNITIES FUND N.V.

      Chaitman LLP requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon the persons listed below at the following address:

               CHAITMAN LLP
               Helen Davis Chaitman
               hchaitman@chaitmanllp.com

{00027497 1 }

Suzan Arden
sarden@chaitmanllp.com
Agatha M. Cole
acole@chaitmanllp.com
Gregory M. Dexter
gdexter@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

This appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any substantive or procedural rights or defenses.

| | |
|---|---|
| Dated: January 13, 2017<br>New York, New York | **CHAITMAN LLP**<br><br>By: */s/ Helen Davis Chaitman*<br>Helen Davis Chaitman<br>hchaitman@chaitmanllp.com<br><br>*/s/ Suzan Arden*<br>Suzan Arden<br>sarden@chaitmanllp.com<br><br>*/s/ Agatha M. Cole*<br>Agatha M. Cole<br>acole@chaitmanllp.com<br><br>*/s/ Gregory M. Dexter*<br>Gregory M. Dexter<br>gdexter@chaitmanllp.com<br><br>465 Park Avenue<br>New York, New York 10022<br>Phone & Fax: 888-759-1114<br><br>*Attorneys for Defendant IIG Trade Opportunities Fund N.V.* |

## **CERTIFICATE OF SERVICE**

I, Helen Davis Chaitman, hereby certify that I caused a true and correct copy of the foregoing document to be served upon the parties in this action who receive electronic service through CM/ECF. I certify under penalty of perjury that the foregoing is true and correct.

Dated:   January 13, 2017
        New York, New York                     */s/ Helen Davis Chaitman*

{00027497 1 }